IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| JAMES ANTHONY HEAD, | **ORDER TO SHOW CAUSE** |
| Plaintiff, | **& MEMORANDUM DECISION** |
| v. | Case No. 2:11-CV-19 CW |
| DR. KENNON TUBBS et al., | District Judge Clark Waddoups |
| Defendants. | |

---

In this *pro se* prisoner civil rights case,[1] the Court granted Plaintiff's *in forma pauperis* request. So the Court could figure his initial partial filing fee, the Court ordered Plaintiff to submit his certified inmate account statement for the six months right before his complaint was filed on January 14, 2011.[2] Plaintiff has not complied.

IT IS THUS ORDERED that Plaintiff must within thirty days show cause why his case should not be dismissed for failure to obey the Court's order to send in "a certified copy of the trust fund account statement . . . for the *6-month period immediately preceding the filing of the complaint* . . . obtained from the appropriate [prison] official of each [correctional institution]."[3]

DATED this 10th day of March, 2011.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2011).

[2] *See* 28 *id.* § 1915(a)(2).

[3] *See id.* (emphasis added).